Same case below, 378 Fed. Appx. 255.

No. 10-6021. David M. Deloria, Petitioner v. South Dakota Department of Corrections, et al.

562 U.S. 1007, 131 S. Ct. 553, 178 L. Ed. 2d 378, 2010 U.S. LEXIS 8627.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-6023. Roosevelt Johnson, Petitioner v. Florida.

562 U.S. 1007, 131 S. Ct. 510, 178 L. Ed. 2d 378, 2010 U.S. LEXIS 8613.

November 1, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 36 So. 3d 88.

No. 10-6024. Frank D'Antuono, Petitioner v. James T. Conway, Superintendent, Attica Correctional Facility.

562 U.S. 1007, 131 S. Ct. 510, 178 L. Ed. 2d 378, 2010 U.S. LEXIS 8652, ▮

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-6027. Michael A. Nelson, Petitioner v. Harris, N.A., et al.

562 U.S. 1007, 131 S. Ct. 510, 178 L. Ed. 2d 378, 2010 U.S. LEXIS 8461.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-6029. Eugene W. McWatters, Petitioner v. Florida.

562 U.S. 1007, 131 S. Ct. 510, 178 L. Ed. 2d 378, 2010 U.S. LEXIS 8656.

November 1, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 36 So. 3d 613.

No. 10-6032. DeShawn Malone, Petitioner v. Correctional Officer Martinez.

562 U.S. 1007, 131 S. Ct. 511, 178 L. Ed. 2d 378, 2010 U.S. LEXIS 8558.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 377 Fed. Appx. 621.

No. 10-6034. Donald Albert Walsh, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.

562 U.S. 1007, 131 S. Ct. 553, 178 L. Ed. 2d 378, 2010 U.S. LEXIS 8654.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.